UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80954-CIV-MIDDLEBROOKS/BRANNON

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

vs.

TIBOR KLEIN and MICHAEL R.
SCHECHTMAN,

    Defendants.
_____/

## ORDER GRANTING MOTION OF THE UNITED STATES TO INTERVENE AND TO STAY CIVIL PROCEEDINGS

THIS CAUSE comes before the Court upon the United States' Motion to Intervene and to Stay Proceedings (DE 24) ("Motion"), filed on February 28, 2014. Having considered the Motion and noting that all Parties consent to a stay of this action pending the resolution of related criminal proceedings in the Eastern District of New York, it is hereby

**ORDERED AND ADJUDGED** that the Motion (DE 24) is **GRANTED** as follows:

1. This case is **STAYED** pending the resolution of the ongoing criminal matter in the Eastern District of New York;
2. The Clerk of Court shall **CLOSE** this case for **ADMINISTRATIVE PURPOSES ONLY**;
3. The Parties shall not seek discovery in this matter from each other or from third parties;
4. The Parties shall apprise the Court of the status of the criminal matter **every three months**; and
5. The Parties shall immediately notify the Court upon the resolution of the criminal matter.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this _19_ day of February, 2014.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record