UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80954-CV-MIDDLEBROOKS/BRANNON

SECURITIES AND EXCHANGE COMMISSION,

        **Plaintiff,**

v.

TIBOR KLEIN AND
MICHAEL R. SHECHTMAN,

        **Defendants.**
_____/

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
SEVENTH STATUS REPORT ON CRIMINAL MATTER**

Pursuant to the Court's Order Granting Motion of the United States to Intervene and to Stay Civil Proceedings (D.E. 29), Plaintiff Securities and Exchange Commission files this status report.

On November 4, 2014, the United States Attorney's Office for the Eastern District of New York filed a one-count information against Michael Shechtman alleging conspiracy to commit securities fraud stemming from his purchase of King Pharmaceuticals stock and call options on August 18, 2010. DE 6 in Case No. 14-CR-542 (E.D.N.Y. 2014). That same day, Shechtman entered a guilty plea. DE 7. The Court originally set Shechtman's sentencing for February 15, 2015; that date was postponed once until May 13, 2015, and now has been postponed again until December 2015.

In addition, the U.S. Attorney's Office for the Eastern District of New York has filed an agreed forfeiture order under which Shechtman has agreed to forfeit $109,040.53 in proceeds to the government (DE 17 in Case No. 14-CR-542) (E.D.N.Y. May 8, 2015). The Court entered the Order on May 26, 2015.

The Commission understands the underlying criminal investigation by the U.S. Attorney's Office for the Eastern District of New York remains ongoing, but has no further information on its status.

November 18, 2015							Respectfully submitted,

							By:	s/Robert K. Levenson
								Robert K. Levenson
								Regional Trial Counsel
								Florida Bar No. 0089771
								Direct Dial:  (305) 982-6341
								E-mail: levensonr@sec.gov

								Attorney for Plaintiff
								**U.S. Securities and Exchange Commission**
								801 Brickell Avenue, Suite 1800
								Miami, Florida 33131
								Facsimile:   (305) 536-4154

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 18, 2015 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

							s/Robert K. Levenson
							Robert K. Levenson, Esq.

## SERVICE LIST

SEC v. Tibor Klein, et al.

Jeff Cox, Esq.
James D. Sallah, Esq.
Sallah Astarita & Cox, LLC
2255 Glades Road, Suite 300E
Boca Raton, FL 33431
Phone:  (561) 989-9080
Email: jds@sallahlaw.com
*Attorney for Michael Shechtman*
Service by CM/ECF

Tucker Byrd
Morgan & Morgan, PA
20 N. Orange Ave., Suite 1000
Orlando, FL 32801
Phone: (407) 420-1414
Email: tbyrd@forthepeople.com
*Attorney for Tibor Klein*
Service by CM/ECF

Christopher Bruno, Esq.
Bruno & Degenhardt
10615 Judicial Drive, Suite 703
Fairfax, VA 22030
Phone: (703) 352-8960
Email: cbruno@brunodegenhardt.com
*Attorney for Tibor Klein*
Service by CM/ECF